144 A.3d 712

**SINGH**

v.

**SUPERVISOR OF ASSESSMENTS FOR BALTIMORE CO.**

Pet. Docket No. 179, Sept. Term, 2016

Court of Appeals of Maryland.

August 22, 2016

Petition for writ of certiorari dismissed.

■

144 A.3d 712

**SPARROCK**

v.

**REALTY MANAGEMENT SERVICES**

Pet. Docket No. 192, Sept. Term, 2016

Court of Appeals of Maryland.

August 22, 2016

Petition for writ of certiorari denied.